UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-144-1-F
No. 5:12-CV-222-F

| | |
|---|---|
| RAMDU RASHAHAN HESTER,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | O R D E R |

Having conducted an examination of petitioner's motion [DE-35] pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

The court notes that this motion was filed by counsel appointed pursuant to Standing Order No.11-SO-3 (E.D.N.C. Oct. 18, 2011), as it raises issues under **United States v. Simmons**, 649 F.3d 237 (4th Cir. 2011).

SO ORDERED.

This, the 25th day of April, 2012.

JAMES C. FOX
Senior United States District Judge